STATE v. NAJEWICZ

No. 515P93

Case below: 112 N.C.App. 280

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. PEDERSEN

No. 562P93

Case below: 112 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. PENDLETON

No. 478A93

Case below: 112 N.C.App. 171

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied 27 January 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. PHIPPS

No. 527PA93

Case below: 112 N.C.App. 626

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

STATE v. RICHARDSON

No. 460P93

Case below: 112 N.C.App. 58

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.